In the Matter of the Accounting of GUARANTY TRUST COMPANY OF NEW YORK, as Trustee of a Trust Fund under the Will of GEORGE P. POLLEN, Deceased.

FRITZ L. SCHMIDT, JR., Appellant; ELISE M. JEWETT et al., Respondents.

(Submitted May 31, 1927; decided June 7, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 245 N. Y. 568.)

---

MILL FACTORS CORPORATION et al., Respondents, *v.* LOUIS MARGOLIES et al., Copartners Doing Business under the Firm Name of JOSEPH L. CAHN & COMPANY, Appellants.

*Appeal — unanimous reversal of order setting aside verdict and reinstatement thereof — appeal to Court of Appeals without permission dismissed.*

*Mill Factors Corp.* v. *Margolies,* 219 App. Div. 783, appeal dismissed.

(Submitted May 31, 1927; decided June 7, 1927.)

MOTION to dismiss an appeal from a judgment entered March 9, 1927, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which unanimously reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiffs and directed reinstatement of the said verdict.

The motion was made upon the grounds that permission to appeal had not been granted and that appellants had failed to prosecute the appeal.

*Joseph Sterling* for motion.

*Abraham J. Halprin* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.